**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cordis Corporation   v.   Lee

No. 2015-1371

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Cordis Corporation
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Charlie C. Lyu |
| Law firm: | Baker & Hostetler LLP |
| Address: | Cira Centre, 12th Floor, 2929 Arch Street |
| City, State and ZIP: | Philadelphia, PA  19104 |
| Telephone: | 215-568-3100 |
| Fax #: | 215-568-3439 |
| E-mail address: | clyu@bakerlaw.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 4, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| March 17, 2015 | /s/ Charlie C. Lyu |
| Date | Signature of pro se or counsel |

cc: All counsel of record via ECF

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  March 17, 2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Charlie C. Lyu | /s/ Charlie C. Lyu |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Baker & Hostetler LLP

Address: Cira Centre, 12th Floor, 2929 Arch Street

City, State, ZIP: Philadelphia, PA  19104

Telephone Number: 215-568-3100

FAX Number: 215-568-3439

E-mail Address: clyu@bakerlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.